# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIMAS LODGE, INC. | § | Case No. 09-73037 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/23/2009 . The undersigned trustee was appointed on 07/23/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 1,200,734.88 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 215,888.14 |
| Other payments to creditors | | 838,254.67 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 146,592.07 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/28/2010 and the deadline for filing governmental claims was 04/28/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 57,717.21 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 57,717.21 , for a total compensation of $ 57,717.21 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/12/2011            By:/s/DANIEL M. DONAHUE
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

Page: 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:   09-73037   MLB   Judge: MANUEL BARBOSA          Trustee Name:                    DANIEL M. DONAHUE
Case Name: RIMAS LODGE, INC.                               Date Filed (f) or Converted (c): 07/23/09 (f)
                                                           341(a) Meeting Date:             09/03/09
For Period Ending: 10/03/11                                Claims Bar Date:                 04/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Six tracts of real estate located in McHenry Count | 2,500,000.00 | 1,200,000.00 |    | 217,153.10 | FA |
| 2. Checking account at First National Bank, McHenry, | 275.00 | 0.00 | DA | 0.00 | FA |
| 3. Miscellaneous furniture and restaurant equipment. | 1.00 | 0.00 | DA | 0.00 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | 0.00 |    | 83.99 | FA |
| 5. Refunds (u) | Unknown | 650.89 |    | 650.89 | 0.00 |
| TOTALS (Excluding Unknown Values) | $2,500,276.00 | $1,200,650.89 |    | $217,887.98 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has been working with the accountants to gather together the information necessary to complete the tax returns.
Some of the information has been removed from control of the debtor and transferred a greek orthodox church in Chicago.
Trustee has recovered the information. The accountants are working on the returns and believe at this point that
there will be tax liabilities arising out of the sale. After the returns are filed and the review passes, the trustee
will proceed to final report.

Initial Projected Date of Final Report (TFR): 09/01/11      Current Projected Date of Final Report (TFR): 09/01/11

Ver: 16.02b
LFORM1

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 09-73037 -MLB |
| --- | --- |
| Case Name: | RIMAS LODGE, INC. |
| Taxpayer ID No: | *******8729 |
| For Period Ending: | 10/03/11 |

| Trustee Name: | DANIEL M. DONAHUE |
| --- | --- |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1651 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 03/16/10 | 1 | Island Lake Properties, LLC | Interest in Real Estate Bank Serial #: 000000 | | 1110-000 | 217,153.10 | | 217,153.10 |
| | | ISLAND LAKE PROPERTIES, LLC | SALE PROCEEDS: REAL PROP Memo Amount: | 1,200,000.00 | | | | |
| | | | Memo Amount: ( Real Estate Taxes 2009 | 64,688.52 ) | 2820-000 | | | |
| | | | Memo Amount: ( Real Estate Taxes 2010 | 13,292.16 ) | 2820-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( Escrow Fee | 590.00 ) | 2500-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( NY Closing Fee | 150.00 ) | 2500-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( Extended coverage | 300.00 ) | 2500-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( Title Insurance | 2,555.00 ) | 2500-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( Commitment Update Fee | 100.00 ) | 2500-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( Schedule B Doc Copies | 95.00 ) | 2500-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( Tax Pyt Fee and O/N Delivery Fe | 50.00 ) | 2500-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( Wire Transfer Fee for payoffs | 50.00 ) | 2500-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( Wire transfer fee for proceeds | 25.00 ) | 2500-000 | | | |
| | | CHICAGO TITLE | Memo Amount: ( Recording Release | 101.00 ) | 2500-000 | | | |
| | | | | | Page Subtotals | 217,153.10 | 0.00 | |

Ver: 16.02b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No: 09-73037 -MLB
Case Name: RIMAS LODGE, INC.
Taxpayer ID No: *******8729
For Period Ending: 10/03/11

Trustee Name: DANIEL M. DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1651 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount: ( 1,200.00 ) Transfer Tax | 2820-000 | | | |
| | | | Memo Amount: ( 600.00 ) County Tax | 2820-000 | | | |
| | | MCHENRY COUNTY COLLECTOR | Memo Amount: ( 34.68 ) 2008 RE Taxes - 15-18-476-002 | 2820-000 | | | |
| | | MNCHENRY COUNTY COLLECTOR | Memo Amount: ( 28,351.98 ) 2008 RE Taxes - 15-17-377-002 | 2820-000 | | | |
| | | MCHENRY COUNTY COLLECTOR | Memo Amount: ( 9,541.57 ) 2008 RE Taxes - 15-17-378-002 | 2820-000 | | | |
| | | MCHENRY COUNTY COLLECTOR | Memo Amount: ( 11,888.93 ) 2008 RE Taxes - 15-20-101-001 | 2820-000 | | | |
| | | MCHENRY COUNTY COLLECTOR | Memo Amount: ( 3,757.26 ) 2008 RE Taxes - 15-19-209-001 | 2820-000 | | | |
| | | MCHENRY COUNTY COLLECTOR | Memo Amount: ( 7,221.13 ) 2008 RE Taxes - 15-17-451-002 | 2820-000 | | | |
| | | ADVANTAGE NATIONAL BANK | Memo Amount: ( 237,775.25 ) Mortgage Payoff | 4110-000 | | | |
| | | | Memo Amount: ( 600,479.42 ) Mortage Payoff - TEF River LLC | 4110-000 | | | |
| 03/31/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.76 | | 217,157.86 |
| 04/30/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.92 | | 217,166.78 |
| 05/10/10 | 001000 | MCGREEVY WILLIAMS, P.C. | FIRST INTERIM ATTORNEY'S FEES | 3110-000 | | 55,847.50 | 161,319.28 |
| 05/10/10 | 001001 | MCGREEVY WILLIAMS, P.C. | FIRST INTERIM ATTORNEY EXPENSES | 3120-000 | | 527.22 | 160,792.06 |
| 05/28/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.68 | | 160,799.74 |
| 06/08/10 | 001002 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #01618067 | 2300-000 | | 129.53 | 160,670.21 |
| 06/30/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 6.61 | | 160,676.82 |
| | | | Page Subtotals | | 27.97 | 56,504.25 | |

LFORM24  Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Case No: 09-73037 -MLB
Case Name: RIMAS LODGE, INC.
Taxpayer ID No: *******8729
For Period Ending: 10/03/11

Trustee Name: DANIEL M. DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1651 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.82 | | 160,683.64 |
| 08/31/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.82 | | 160,690.46 |
| 09/30/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.60 | | 160,697.06 |
| 10/29/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.82 | | 160,703.88 |
| 11/30/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.60 | | 160,710.48 |
| 12/31/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.82 | | 160,717.30 |
| 01/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.82 | | 160,724.12 |
| 02/28/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.23 | | 160,725.35 |
| 03/17/11 | 001003 | MCGREEVY WILLIAMS, P.C. | ATTORNEY'S FEES | 3110-000 | | 8,201.50 | 152,523.85 |
| 03/17/11 | 001004 | MCGREEVY WILLIAMS, P.C. | ATTORNEY EXPENSES | 3120-000 | | 309.62 | 152,214.23 |
| 03/25/11 | 001005 | Mike Smith WIPPLI, LLP 4949 Harrison Ave., Ste. 300 POB 5407 Rockford, IL 61125-0407 | ACCOUNTING FEES | 3410-000 | | 4,764.00 | 147,450.23 |
| 03/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.33 | | 147,451.56 |
| 04/29/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.21 | | 147,452.77 |
| 04/29/11 | | IRS | INCOME TAXES DUE - PAID 3/1/11 | 2810-000 | | 741.00 | 146,711.77 |
| 05/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.25 | | 146,713.02 |
| 06/16/11 | 001006 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 TERM: 06/01/11 - 06/01/12 | 2300-000 | | 125.54 | 146,587.48 |
| 06/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.21 | | 146,588.69 |
| 07/29/11 | 5 | UNITED STATES TREASURY | INCOME TAX REFUND | 1224-000 | 650.89 | | 147,239.58 |
| 07/29/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.24 | | 147,240.82 |
| 08/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.25 | | 147,242.07 |
| 09/08/11 | 001007 | Michael Smith WIPFLI, LLP 4949 Harrison Avenue, Suite 300 | Accountant Fees | 3310-000 | | 650.00 | 146,592.07 |
| | | | | Page Subtotals | 706.91 | 14,791.66 | |

LFORM24
Ver: 16.02b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No.: | 09-73037 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | RIMAS LODGE, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1651 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8729 | | |
| For Period Ending: | 10/03/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 5407 Rockford, IL 61125-0407 | | | | | |
| | | Memo Allocation Receipts: | 1,200,000.00 | | | | |
| | | Memo Allocation Disbursements: | 982,846.90 | | | | |
| | | Memo Allocation Net: | 217,153.10 | | | | |

| | | | COLUMN TOTALS | | 217,887.98 | 71,295.91 | 146,592.07 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 217,887.98 | 71,295.91 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 217,887.98 | 71,295.91 | |

| Total Allocation Receipts: | 1,200,000.00 |
| Total Allocation Disbursements: | 982,846.90 |
| Total Memo Allocation Net: | 217,153.10 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********1651 | 217,887.98 | 71,295.91 | 146,592.07 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 16.02b

LFORM24

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-73037
Case Name: RIMAS LODGE, INC.
Trustee Name: DANIEL M. DONAHUE

Balance on hand $ 146,592.07

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 57,717.21 | $ 0.00 | $ 57,717.21 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 66,607.00 | $ 64,049.00 | $ 2,558.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 1,075.50 | $ 836.84 | $ 238.66 |
| Accountant for Trustee Fees: Michael Smith | $ 5,414.00 | $ 5,414.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $ 60,513.87
Remaining Balance   $ 86,078.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

 The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

 Timely claims of general (unsecured) creditors totaling $ 32,176.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

 Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Nicor Gas c/o Orum & Roth, LLC | $ 3,361.32 | $ 0.00 | $ 3,361.32 |
| 000004 | Albert & Nina Stanish | $ 5,200.00 | $ 0.00 | $ 5,200.00 |
| 000005 | Tony Kobrinetz | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| 000006 | Weiss, Sugar, Dvorak & Dusek, Ltd. | $ 2,046.41 | $ 0.00 | $ 2,046.41 |
| 000007 | Barrick, Switzer Law Firm | $ 17,319.72 | $ 0.00 | $ 17,319.72 |
| 000008 | Dr. Michael Lovda | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| 000009 | Sophie Alexeyuk | $ 1,048.80 | $ 0.00 | $ 1,048.80 |
| 000010 | Kathleen Krippes | $ 1,000.00 | $ 0.00 | $ 1,000.00 |

 Total to be paid to timely general unsecured creditors $ 32,176.25

 Remaining Balance $ 53,901.95

 Tardily filed claims of general (unsecured) creditors totaling $ 1,710.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

 Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Susan Morrow | $ 500.00 | $ 0.00 | $ 500.00 |
| 000012 | Glen Harbut | $ 1,210.00 | $ 0.00 | $ 1,210.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 1,710.00 |
| | Remaining Balance | | | $ 52,191.95 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 364.06 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 51,827.89 .

UST Form 101-7-TFR (10/1/2010) *(Page: 12)*