UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIMAS LODGE, INC. | § | Case No. 09-73037 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 3:20 RM on 11/02/2011 in Courtroom 115,
United States Courthouse
211 S. Court St.
Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ Daniel M. Donahue_____
                                                        Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RIMAS LODGE, INC. § Case No. 09-73037
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |
| Accountant for Trustee Fees: Michael Smith | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Nicor Gas c/o Orum & Roth, LLC | $ | $ | $ |
| 000004 | Albert & Nina Stanish | $ | $ | $ |
| 000005 | Tony Kobrinetz | $ | $ | $ |
| 000006 | Weiss, Sugar, Dvorak & Dusek, Ltd. | $ | $ | $ |
| 000007 | Barrick, Switzer Law Firm | $ | $ | $ |
| 000008 | Dr. Michael Lovda | $ | $ | $ |
| 000009 | Sophie Alexeyuk | $ | $ | $ |
| 000010 | Kathleen Krippes | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance                                            $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Susan Morrow | $ | $ | $ |
| 000012 | Glen Harbut | $ | $ | $ |

Total to be paid to tardy general unsecured creditors     $_____

Remaining Balance                                         $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of     % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $      . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $          .

Prepared By: /s/Daniel M. Donahue
                                    Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752–3 | User: cshabez | Date Created: 10/7/2011 |
| Case: 09–73037 | Form ID: pdf006 | Total: 35 |

**Recipients of Notice of Electronic Filing:**
tr          Daniel Donahue          ddonahue@mjwpc.com
aty         Daniel Donahue          ddonahue@mjwpc.com
aty         Daniel M Donahue        ddonahue@mjwpc.com
aty         Thomas E. Laughlin      tloff@aol.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db              Rimas Lodge, Inc.           3100 South River Road           McHenry, IL 60051
14194239        ADT Security Services, Inc.         14200 E. Exposition Avenue          Aurora, CO 80012
14194240        Advantage National Bank Group           P.O. Box 70         Bloomingdale, IL 60108
14194241        Albert &Nina Stanish            718 W. Wood Street          McHenry, IL 60051
14194242        Anna Kirykowicz         C/O Alex Kiryowicz          2621 North 73rd Avenue          Elmwood Park, IL 60035
14194243        Barrick, Switzer Law Firm           6833 Stalter Drive – First Floor            Rockford, IL 61108
14194244        Barry Serota And Associates         Attorneys At Law            P.O. Box 1008           Arlington Heights, IL 60006
14194245        ComEd           PO Box 6111         Carol Stream, IL 60197–6111
14194246        Dr. Michael Lovda           24 Beechnut         South Barrington, IL 60010
14194247        Glen Harbut         4420 N Mulligan Ave         Chicago, IL 60630
14194248        Kathleen Krippes            456 Buckthorn Court         Buffalo Grove, IL 60089
14302054        Maura K. McKeever          Matusziewich, Kelly &Mckeever LLP           453 Coventry Lane Ste 104           Crystal Lake, IL 60014
14194249        McHenry County Collector           P.O.Box 458         Crystal Lake, IL 60039–0458
14194250        NCO Financial Systems, Inc.         PO Box 17196           Baltimore, MD 21297
14457405        Nancy Peterman         Sean W. Bezark          Greenberg Traurig LLP           77 W Wacker Dr Ste 3100          Chicago, IL 60601
14194251        Nick Gallwitz           320 Maplewood Court            Schaumburg, IL 60193
14194252        Nicor           P.O. Box 0632           Aurora, IL 60507–0632
14854825        Nicor Gas c/o Orum &Roth, LLC          53 W. Jackson Blvd. Suite 1616         Chicago, IL 60604
14194253        Patrice Miskovetz          1211 S. Fernandez          Arlington Heights, IL 60005
14527469        Perry G. Callas PC          St George Russian Orthodox Cathedral         5412 Route 31 Ste 5         Crystal Lake, IL 60012
14194237        Rimas Lodge Inc         3100 South River Road          McHenry, IL 60051
14194254        Scott Shustitzky            3202 South Cherry Avenue            McHenry, IL 60051
14194255        Sophie Alexeyuk         805 W. Wood Street          McHenry, IL 60051
14194256        Susan Morrow            801 N. Beverly         Arlington Heights, IL 60004
14724379        TEF River LLC          Attention: Nancy A. Peterman, Esq.         Greenberg Traurig, LLP         77 W. Wacker Drive, Suite 3100          Chicago, IL 60601
14194257        TEF River, LLC         350 West Hubbard St. – Suite 222           Chicago, IL 60610
14194238        Thomas E Laughlin           6833 Stalter Drive Suite 204            Rockford, IL 61108
14194258        Tony Kobrinetz         4230 Sturbridge Drive          Hoffman Estates, IL 60195
14194259        Vera Gallwitz, Deceased         900 W. Route 176            McHenry, IL 60051
14194260        Village Of Arlington Heights            33 S. Arlington Heights Road            Arlington Heights, IL 60005–1499
14194261        Weiss, Sugar, Dvorak &Dusek, Ltd.          20 North Wacker Drive          Suite 2250          Chicago, IL 60606

TOTAL: 31