UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RIMAS LODGE, INC. §  Case No. 09-73037
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at   :0 M on 11/02/2011 in Courtroom 115,
United States Courthouse
211 S. Court St.
Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Daniel M. Donahue
                                                  Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RIMAS LODGE, INC. § Case No. 09-73037
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 1,200,734.88 |
| and approved disbursements of | $ 1,054,142.81 |
| leaving a balance on hand of[1] | $ 146,592.07 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 57,717.21 | $ 0.00 | $ 57,717.21 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 66,607.00 | $ 64,049.00 | $ 2,558.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 1,075.50 | $ 836.84 | $ 238.66 |
| Accountant for Trustee Fees: Michael Smith | $ 5,414.00 | $ 5,414.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 60,513.87 |
| Remaining Balance | $ 86,078.20 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,176.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Nicor Gas c/o Orum & Roth, LLC | $ 3,361.32 | $ 0.00 | $ 3,361.32 |
| 000004 | Albert & Nina Stanish | $ 5,200.00 | $ 0.00 | $ 5,200.00 |
| 000005 | Tony Kobrinetz | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| 000006 | Weiss, Sugar, Dvorak & Dusek, Ltd. | $ 2,046.41 | $ 0.00 | $ 2,046.41 |
| 000007 | Barrick, Switzer Law Firm | $ 17,319.72 | $ 0.00 | $ 17,319.72 |
| 000008 | Dr. Michael Lovda | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| 000009 | Sophie Alexeyuk | $ 1,048.80 | $ 0.00 | $ 1,048.80 |
| 000010 | Kathleen Krippes | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 32,176.25 |
| | Remaining Balance | | | $ 53,901.95 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,710.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Susan Morrow | $ 500.00 | $ 0.00 | $ 500.00 |
| 000012 | Glen Harbut | $ 1,210.00 | $ 0.00 | $ 1,210.00 |

Total to be paid to tardy general unsecured creditors  $ 1,710.00

Remaining Balance  $ 52,191.95

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 364.06 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 51,827.89 .

Prepared By: /s/Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 0752−3 | User: cshabez | Date Created: 10/7/2011 |
| Case: 09−73037 | Form ID: pdf006 | Total: 35 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Daniel Donahue | ddonahue@mjwpc.com |
| aty | Daniel Donahue | ddonahue@mjwpc.com |
| aty | Daniel M Donahue | ddonahue@mjwpc.com |
| aty | Thomas E. Laughlin | tloff@aol.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Rimas Lodge, Inc. | 3100 South River Road    McHenry, IL 60051 |
| 14194239 | ADT Security Services, Inc. | 14200 E. Exposition Avenue    Aurora, CO 80012 |
| 14194240 | Advantage National Bank Group | P.O. Box 70    Bloomingdale, IL 60108 |
| 14194241 | Albert &Nina Stanish | 718 W. Wood Street    McHenry, IL 60051 |
| 14194242 | Anna Kirykowicz | C/O Alex Kiryowicz    2621 North 73rd Avenue    Elmwood Park, IL 60035 |
| 14194243 | Barrick, Switzer Law Firm | 6833 Stalter Drive – First Floor    Rockford, IL 61108 |
| 14194244 | Barry Serota And Associates | Attorneys At Law    P.O. Box 1008    Arlington Heights, IL 60006 |
| 14194245 | ComEd | PO Box 6111    Carol Stream, IL 60197−6111 |
| 14194246 | Dr. Michael Lovda | 24 Beechnut    South Barrington, IL 60010 |
| 14194247 | Glen Harbut | 4420 N Mulligan Ave    Chicago, IL 60630 |
| 14194248 | Kathleen Krippes | 456 Buckthorn Court    Buffalo Grove, IL 60089 |
| 14302054 | Maura K. McKeever | Matusziewich, Kelly &Mckeever LLP    453 Coventry Lane Ste 104    Crystal Lake, IL 60014 |
| 14194249 | McHenry County Collector | P.O.Box 458    Crystal Lake, IL 60039−0458 |
| 14194250 | NCO Financial Systems, Inc. | PO Box 17196    Baltimore, MD 21297 |
| 14457405 | Nancy Peterman | Sean W. Bezark    Greenberg Traurig LLP    77 W Wacker Dr Ste 3100    Chicago, IL 60601 |
| 14194251 | Nick Gallwitz | 320 Maplewood Court    Schaumburg, IL 60193 |
| 14194252 | Nicor | P.O. Box 0632    Aurora, IL 60507−0632 |
| 14854825 | Nicor Gas c/o Orum &Roth, LLC | 53 W. Jackson Blvd. Suite 1616    Chicago, IL 60604 |
| 14194253 | Patrice Miskovetz | 1211 S. Fernandez    Arlington Heights, IL 60005 |
| 14527469 | Perry G. Callas PC | St George Russian Orthodox Cathedral    5412 Route 31 Ste 5    Crystal Lake, IL 60012 |
| 14194237 | Rimas Lodge Inc | 3100 South River Road    McHenry, IL 60051 |
| 14194254 | Scott Shustitzky | 3202 South Cherry Avenue    McHenry, IL 60051 |
| 14194255 | Sophie Alexeyuk | 805 W. Wood Street    McHenry, IL 60051 |
| 14194256 | Susan Morrow | 801 N. Beverly    Arlington Heights, IL 60004 |
| 14724379 | TEF River LLC | Attention: Nancy A. Peterman, Esq.    Greenberg Traurig, LLP    77 W. Wacker Drive, Suite 3100    Chicago, IL 60601 |
| 14194257 | TEF River, LLC | 350 West Hubbard St. – Suite 222    Chicago, IL 60610 |
| 14194238 | Thomas E Laughlin | 6833 Stalter Drive Suite 204    Rockford, IL 61108 |
| 14194258 | Tony Kobrinetz | 4230 Sturbridge Drive    Hoffman Estates, IL 60195 |
| 14194259 | Vera Gallwitz, Deceased | 900 W. Route 176    McHenry, IL 60051 |
| 14194260 | Village Of Arlington Heights | 33 S. Arlington Heights Road    Arlington Heights, IL 60005−1499 |
| 14194261 | Weiss, Sugar, Dvorak &Dusek, Ltd. | 20 North Wacker Drive    Suite 2250    Chicago, IL 60606 |

TOTAL: 31

```
                         United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                        Case No. 09-73037-MB
Rimas Lodge, Inc.                                             Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 1                 Date Rcvd: Oct 11, 2011
                              Form ID: pdf002            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2011.
db           +Rimas Lodge, Inc.,   3100 South River Road,    McHenry, IL 60051-8051
14194239     +ADT Security Services, Inc.,   14200 E. Exposition Avenue,    Aurora, CO 80012-2540
14194240     +Advantage National Bank Group,   P.O. Box 70,   Bloomingdale, IL 60108-0070
14194241     +Albert & Nina Stanish,   718 W. Wood Street,   McHenry, IL 60051-8072
14194242     +Anna Kirykowicz,   C/O Alex Kiryowicz,   2621 North 73rd Avenue,    Elmwood Park, IL 60707
14194243     +Barrick, Switzer Law Firm,   6833 Stalter Drive - First Floor,    Rockford, IL 61108-2582
14194244     +Barry Serota And Associates,   Attorneys At Law,   P.O. Box 1008,
               Arlington Heights, IL 60006-1008
14194246     +Dr. Michael Lovda,   24 Beechnut,   South Barrington, IL 60010-9512
14194247     +Glen Harbut,   4420 N Mulligan Ave,   Chicago, IL 60630-3024
14194248     +Kathleen Krippes,   456 Buckthorn Court,   Buffalo Grove, IL 60089-1828
14302054     +Maura K. McKeever,   Matusziewich, Kelly & Mckeever LLP,    453 Coventry Lane Ste 104,
               Crystal Lake, IL 60014-7504
14194249      McHenry County Collector,   P.O.Box 458,   Crystal Lake, IL  60039-0458
14194250     +NCO Financial Systems, Inc.,   PO Box 17196,   Baltimore, MD 21297-1196
14457405     +Nancy Peterman,   Sean W. Bezark,   Greenberg Traurig LLP,    77 W Wacker Dr Ste 3100,
               Chicago, IL 60601-4904
14194251     +Nick Gallwitz,   320 Maplewood Court,   Schaumburg, IL 60193-2141
14854825     +Nicor Gas c/o Orum & Roth, LLC,   53 W. Jackson Blvd. Suite 1616,    Chicago, IL 60604-3750
14194253     +Patrice Miskovetz,   1211 S. Fernandez,   Arlington Heights, IL 60005-3040
14527469     +Perry G. Callas PC,   St George Russian Orthodox Cathedral,    5412 Route 31 Ste 5,
               Crystal Lake, IL 60012-3793
14194254     +Scott Shustitzky,   3202 South Cherry Avenue,   McHenry, IL 60051-8128
14194255     +Sophie Alexeyuk,   805 W. Wood Street,   McHenry, IL 60051-2721
14194256     +Susan Morrow,   801 N. Beverly,   Arlington Heights, IL 60004-5724
14724379     +TEF River LLC,   Attention: Nancy A. Peterman, Esq.,    Greenberg Traurig, LLP,
               77 W. Wacker Drive, Suite 3100,   Chicago, IL 60601-4904
14194257     +TEF River, LLC,   350 West Hubbard St. - Suite 222,    Chicago, IL 60654-6977
14194238     +Thomas E Laughlin,   6833 Stalter Drive Suite 204,   Rockford, IL 61108-2582
14194258     +Tony Kobrinetz,   4230 Sturbridge Drive,   Hoffman Estates, IL 60192-1359
14194259     +Vera Gallwitz, Deceased,   900 W. Route 176,   McHenry, IL 60051-2718
14194260      Village Of Arlington Heights,   33 S. Arlington Heights Road,    Arlington Heights, IL   60005-1499
14194261     +Weiss, Sugar, Dvorak & Dusek, Ltd.,   20 North Wacker Drive,    Suite 2250,
               Chicago, IL 60606-3095

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14194245       E-mail/Text: legalcollections@comed.com Oct 12 2011 11:06:09     ComEd,   PO Box 6111,
               Carol Stream, IL  60197-6111
14194252       E-mail/Text: bankrup@nicor.com Oct 12 2011 11:06:07    Nicor,   P.O. Box 0632,
               Aurora, IL  60507-0632
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14194237*    +Rimas Lodge Inc,   3100 South River Road,   McHenry, IL 60051-8051
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 13, 2011**     **Signature:** *Joseph Speetjens*