## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                §
                                      §
RIMAS LODGE, INC.                     §        Case No. 09-73037
                                      §
            Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

        DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

---

        3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $                (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on        . The case was pending for   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DANIEL M. DONAHUE
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RIMAS LODGE, INC. | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advantage National Bank Group Loan Department P.O. Box 70 Bloomingdale, IL 60108 | | | | | |
| | TEF River, LLC 350 West Hubbard St. - Suite 222 Chicago, IL  60610 | | | | | |
| | ADVANTAGE NATIONAL BANK | | | | | |
| | Mortage Payoff - TEF River LLC | | | | | |
| 000001 | TEF RIVER LLC | | | | | |
| 000003 | PERRY G. CALLAS PC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES,LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHICAGO TITLE | | | | | |
| CHICAGO TITLE | | | | | |
| CHICAGO TITLE | | | | | |
| CHICAGO TITLE | | | | | |
| CHICAGO TITLE | | | | | |
| CHICAGO TITLE | | | | | |
| CHICAGO TITLE | | | | | |
| CHICAGO TITLE | | | | | |
| CHICAGO TITLE | | | | | |
| CHICAGO TITLE | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| FEE REVERSED BY BANK. TFR FILED. | | | | | |
| IRS | | | | | |
| County Tax | | | | | |
| MCHENRY COUNTY COLLECTOR | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MCHENRY COUNTY COLLECTOR | | | | | |
| MCHENRY COUNTY COLLECTOR | | | | | |
| MCHENRY COUNTY COLLECTOR | | | | | |
| MCHENRY COUNTY COLLECTOR | | | | | |
| MNCHENRY COUNTY COLLECTOR | | | | | |
| Real Estate Taxes 2009 | | | | | |
| Real Estate Taxes 2010 | | | | | |
| Transfer Tax | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MICHAEL SMITH | | | | | |
| MIKE SMITH | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | McHenry County Collector P.O.Box 458 Crystal Lake, IL 60039-0458 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services, Inc. 14200 E. Exposition Avenue Aurora, CO  80012 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anna Kirykowicz C/O Alex Kiryowicz 2621 North 73rd Avenue Elmwood Park, IL 60035 | | | | | |
| | ComEd PO Box 6111 Carol Stream, IL  60197-6111 | | | | | |
| | ComEd PO Box 6111 Carol Stream, IL  60197-6111 | | | | | |
| | Kathleen Krippes 456 Buckthorn Court Buffalo Grove, IL  60089 | | | | | |
| | NCO Financial Systems, Inc. PO Box 17196 Baltimore, MD 21297 | | | | | |
| | Nick Gallwitz 320 Maplewood Court Schaumburg, IL  60193 | | | | | |
| | Nicor P.O. Box 0632 Aurora, IL  60507-0632 | | | | | |
| | Nicor P.O. Box 0632 Aurora, IL  60507-0632 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Patrice Miskovetz 1211 S. Fernandez Arlington Heights, IL  60005 |  |  |  |  |  |
|  | Scott Shustitzky 3202 South Cherry Avenue McHenry, IL 60051 |  |  |  |  |  |
|  | Tony Kobrinetz 4230 Sturbridge Drive Hoffman Estates, IL  60195 |  |  |  |  |  |
|  | Vera Gallwitz, Deceased 900 W. Route 176 McHenry, IL 60051 |  |  |  |  |  |
|  | Village Of Arlington Heights 33 S. Arlington Heights Road Arlington Heights, IL  60005-1499 |  |  |  |  |  |
| 000004 | ALBERT & NINA STANISH |  |  |  |  |  |
| 000007 | BARRICK, SWITZER LAW FIRM |  |  |  |  |  |
| 000008 | DR. MICHAEL LOVDA |  |  |  |  |  |
| 000010 | KATHLEEN KRIPPES |  |  |  |  |  |
| 000002 | NICOR GAS C/O ORUM & ROTH, LLC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | SOPHIE ALEXEYUK | | | | | |
| 000005 | TONY KOBRINETZ | | | | | |
| 000006 | WEISS, SUGAR, DVORAK & DUSEK, LTD. | | | | | |
| 000012 | GLEN HARBUT | | | | | |
| 000011 | SUSAN MORROW | | | | | |
| | ALBERT & NINA STANISH | | | | | |
| | BARRICK, SWITZER LAW FIRM | | | | | |
| | DR. MICHAEL LOVDA | | | | | |
| | GLEN HARBUT | | | | | |
| | KATHLEEN KRIPPES | | | | | |
| | NICOR GAS C/O ORUM & ROTH, LLC | | | | | |
| | SOPHIE ALEXEYUK | | | | | |
| | SUSAN MORROW | | | | | |
| | TONY KOBRINETZ | | | | | |
| | WEISS, SUGAR, DVORAK & DUSEK, LTD. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 09-73037 | MLB | Judge: MANUEL BARBOSA |
| Case Name: | RIMAS LODGE, INC. | | |

For Period Ending: 04/09/12

Trustee Name:   DANIEL M. DONAHUE

Date Filed (f) or Converted (c):   07/23/09 (f)

341(a) Meeting Date:   09/03/09

Claims Bar Date:   04/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Six tracts of real estate located in McHenry Count | 2,500,000.00 | 1,200,000.00 | | 217,153.10 | FA |
| 2. Checking account at First National Bank, McHenry, | 275.00 | 0.00 | DA | 0.00 | FA |
| 3. Miscellaneous furniture and restaurant equipment. | 1.00 | 0.00 | DA | 0.00 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 86.73 | FA |
| 5. Refunds (u) | Unknown | 650.89 | | 650.89 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,500,276.00 | $1,200,650.89 | | $217,890.72 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has been working with the accountants to gather together the information necessary to complete the tax returns.

Some of the information has been removed from control of the debtor and transferred a greek orthodox church in Chicago.

Trustee has recovered the information.  The accountants are working on the returns and believe at this point that

there will be tax liabilities arising out of the sale.  After the returns are filed and the review passes, the trustee

will proceed to final report.

Initial Projected Date of Final Report (TFR): 09/01/11        Current Projected Date of Final Report (TFR): 09/01/11

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-73037 -MLB | |
| Case Name: | RIMAS LODGE, INC. | |
| | | |
| Taxpayer ID No: | *******8729 | |
| For Period Ending: | 04/09/12 | |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******1651  MONEY MARKET |
| | |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/10 | 1 | Island Lake Properties, LLC | Interest in Real Estate | | 217,153.10 | | 217,153.10 |
| | | | Bank Serial #: 000000 | | | | |
| | | ISLAND LAKE PROPERTIES, LLC | Memo Amount:        1,200,000.00 | 1110-000 | | | |
| | | | SALE PROCEEDS: REAL PROP | | | | |
| | | | Memo Amount:     (      64,688.52 ) | 2820-000 | | | |
| | | | Real Estate Taxes 2009 | | | | |
| | | | Memo Amount:     (      13,292.16 ) | 2820-000 | | | |
| | | | Real Estate Taxes 2010 | | | | |
| | | CHICAGO TITLE | Memo Amount:            590.00 ) | 2500-000 | | | |
| | | | Escrow Fee | | | | |
| | | CHICAGO TITLE | Memo Amount:     (      150.00 ) | 2500-000 | | | |
| | | | NY Closing Fee | | | | |
| | | CHICAGO TITLE | Memo Amount:     (      300.00 ) | 2500-000 | | | |
| | | | Extended coverage | | | | |
| | | CHICAGO TITLE | Memo Amount:     (      2,555.00 ) | 2500-000 | | | |
| | | | Title Insurance | | | | |
| | | CHICAGO TITLE | Memo Amount:     (      100.00 ) | 2500-000 | | | |
| | | | Commitment Update Fee | | | | |
| | | CHICAGO TITLE | Memo Amount:     (      95.00 ) | 2500-000 | | | |
| | | | Schedule B Doc Copies | | | | |
| | | CHICAGO TITLE | Memo Amount:     (      50.00 ) | 2500-000 | | | |
| | | | Tax Pyt Fee and O/N Delivery Fe | | | | |
| | | CHICAGO TITLE | Memo Amount:     (      50.00 ) | 2500-000 | | | |
| | | | Wire Transfer Fee for payoffs | | | | |
| | | CHICAGO TITLE | Memo Amount:     (      25.00 ) | 2500-000 | | | |
| | | | Wire transfer fee for proceeds | | | | |
| | | CHICAGO TITLE | Memo Amount:            101.00 ) | 2500-000 | | | |
| | | | Recording Release | | | | |

Page Subtotals                217,153.10                0.00

Ver: 16.06

FORM 2                                                                                              Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-73037 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | RIMAS LODGE, INC. | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******1651  MONEY MARKET |
| Taxpayer ID No: | *******8729 | | |
| For Period Ending: | 04/09/12 | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount:    (       1,200.00 ) | 2820-000 | | | |
| | | | Transfer Tax | | | | |
| | | | Memo Amount:    (       600.00 ) | 2820-000 | | | |
| | | | County Tax | | | | |
| | | MCHENRY COUNTY COLLECTOR | Memo Amount:    (       34.68 ) | 2820-000 | | | |
| | | | 2008 RE Taxes - 15-18-476-002 | | | | |
| | | MNCHENRY COUNTY COLLECTOR | Memo Amount:    (    28,351.98 ) | 2820-000 | | | |
| | | | 2008 RE Taxes - 15-17-377-002 | | | | |
| | | MCHENRY COUNTY COLLECTOR | Memo Amount:    (     9,541.57 ) | 2820-000 | | | |
| | | | 2008 RE Taxes - 15-17-378-002 | | | | |
| | | MCHENRY COUNTY COLLECTOR | Memo Amount:    (    11,888.93 ) | 2820-000 | | | |
| | | | 2008 RE Taxes - 15-20-101-001 | | | | |
| | | MCHENRY COUNTY COLLECTOR | Memo Amount:    (     3,757.26 ) | 2820-000 | | | |
| | | | 2008 RE Taxes - 15-19-209-001 | | | | |
| | | MCHENRY COUNTY COLLECTOR | Memo Amount:    (     7,221.13 ) | 2820-000 | | | |
| | | | 2008 RE Taxes - 15-17-451-002 | | | | |
| | | ADVANTAGE NATIONAL BANK | Memo Amount:    (   237,775.25 ) | 4110-000 | | | |
| | | | Mortgage Payoff | | | | |
| | | | Memo Amount:    (   600,479.42 ) | 4110-000 | | | |
| | | | Mortage Payoff - TEF River LLC | | | | |
| 03/31/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.76 | | 217,157.86 |
| 04/30/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.92 | | 217,166.78 |
| 05/10/10 | 001000 | MCGREEVY WILLIAMS, P.C. | FIRST INTERIM ATTORNEY'S FEES | 3110-000 | | 55,847.50 | 161,319.28 |
| 05/10/10 | 001001 | MCGREEVY WILLIAMS, P.C. | FIRST INTERIM ATTORNEY EXPENSES | 3120-000 | | 527.22 | 160,792.06 |
| 05/28/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.68 | | 160,799.74 |
| 06/08/10 | 001002 | INTERNATIONAL SURETIES,LTD. | Blanket Bond #016018067 | 2300-000 | | 129.53 | 160,670.21 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/30/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.61 | | 160,676.82 |

Page Subtotals                               27.97          56,504.25

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-73037 -MLB | |
| Case Name: | RIMAS LODGE, INC. | |
| Taxpayer ID No: | *******8729 | |
| For Period Ending: | 04/09/12 | |

| | | |
|---|---|---|
| Trustee Name: | DANIEL M. DONAHUE | |
| Bank Name: | Bank of America, NA | |
| Account Number / CD #: | *******1651  MONEY MARKET | |
| Blanket Bond (per case limit): | $ 1,500,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.82 | | 160,683.64 |
| 08/31/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.82 | | 160,690.46 |
| 09/30/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.60 | | 160,697.06 |
| 10/29/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.82 | | 160,703.88 |
| 11/30/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.60 | | 160,710.48 |
| 12/31/10 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.82 | | 160,717.30 |
| 01/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.82 | | 160,724.12 |
| 02/28/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.23 | | 160,725.35 |
| 03/17/11 | 001003 | MCGREEVY WILLIAMS, P.C. | ATTORNEYS FEES | 3110-000 | | 8,201.50 | 152,523.85 |
| 03/17/11 | 001004 | MCGREEVY WILLIAMS, P.C. | ATTORNEY EXPENSES | 3120-000 | | 309.62 | 152,214.23 |
| 03/25/11 | 001005 | Mike Smith<br>WIPPLI, LLP<br>4949 Harrison Ave., Ste. 300<br>POB 5407<br>Rockford, IL  61125-0407 | ACCOUNTING FEES | 3410-000 | | 4,764.00 | 147,450.23 |
| 03/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.33 | | 147,451.56 |
| 04/29/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.21 | | 147,452.77 |
| 04/29/11 | | IRS | INCOME TAXES DUE - PAID 3/1/11 | 2810-000 | | 741.00 | 146,711.77 |
| 05/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.25 | | 146,713.02 |
| 06/16/11 | 001006 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Blanket Bond #016018067<br>TERM:  06/01/11 - 06/01/12 | 2300-000 | | 125.54 | 146,587.48 |
| 06/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.21 | | 146,588.69 |
| 07/29/11 | 5 | UNITED STATES TREASURY | INCOME TAX REFUND | 1224-000 | 650.89 | | 147,239.58 |
| 07/29/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.24 | | 147,240.82 |
| 08/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.25 | | 147,242.07 |
| 09/08/11 | 001007 | Michael Smith<br>WIPFLI, LLP<br>4949 Harrison Avenue, Suite 300 | Accountant Fees | 3310-000 | | 650.00 | 146,592.07 |

Page Subtotals          706.91          14,791.66

Ver: 16.06

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 09-73037  -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | RIMAS LODGE, INC. | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******1651  MONEY MARKET |
| Taxpayer ID No: | *******8729 | | |
| For Period Ending: | 04/09/12 | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 5407 | | | | | |
| | | Rockford, IL 61125-0407 | | | | | |
| 09/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.21 | | 146,593.28 |
| 10/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.25 | | 146,594.53 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 187.26 | 146,407.27 |
| 11/07/11 | | FEE REVERSED BY BANK. TFR FILED. | BANK SERVICE FEE | 2600-000 | 187.26 | | 146,594.53 |
| 11/08/11 | 4 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 146,594.81 |
| 11/08/11 | | Transfer to Acct #*******3930 | Final Posting Transfer | 9999-000 | | 146,594.81 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,200,000.00 | | COLUMN TOTALS | | 218,077.98 | 218,077.98 | 0.00 |
| Memo Allocation Disbursements: | 982,846.90 | | Less:  Bank Transfers/CD's | | 0.00 | 146,594.81 | |
| | | | Subtotal | | 218,077.98 | 71,483.17 | |
| Memo Allocation Net: | 217,153.10 | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 218,077.98 | 71,483.17 | |

Page Subtotals                190.00          146,782.07

Ver: 16.06

FORM 2                                                                                           Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-73037 -MLB | |
| Case Name: | RIMAS LODGE, INC. | |
| | | |
| Taxpayer ID No: | *******8729 | |
| For Period Ending: | 04/09/12 | |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******3930  GENERAL CHECKING |
| | |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/08/11 | | Transfer from Acct #*******1651 | Transfer In From MMA Account | 9999-000 | 146,594.81 | | 146,594.81 |
| 11/09/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 57,717.21 | 88,877.60 |
| 11/09/11 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,558.00 | 86,319.60 |
| 11/09/11 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 238.66 | 86,080.94 |
| 11/09/11 | 000103 | Nicor Gas c/o Orum & Roth, LLC<br>53 W. Jackson Blvd. Suite 1616<br>Chicago, IL 60604 | Claim 000002, Payment 101.1% | 2100-000 | | 3,397.71 | 82,683.23 |
| | | | Claim        3,361.32 | 7100-000 | | | |
| | | | Interest          36.39 | 7990-000 | | | |
| 11/09/11 | 000104 | Albert & Nina Stanish<br>718 W. Wood Street<br>McHenry, IL 60051 | Claim 000004, Payment 101.1% | | | 5,256.28 | 77,426.95 |
| | | | Claim        5,200.00 | 7100-000 | | | |
| | | | Interest          56.28 | 7990-000 | | | |
| 11/09/11 | 000105 | Tony Kobrinetz<br>4230 Sturbridge Drive<br>Hoffman Estates, IL 60195 | Claim 000005, Payment 101.1% | | | 1,212.99 | 76,213.96 |
| | | | Claim        1,200.00 | 7100-000 | | | |
| | | | Interest          12.99 | 7990-000 | | | |
| 11/09/11 | 000106 | Weiss, Sugar, Dvorak & Dusek, Ltd.<br>20 North Wacker Drive<br>Suite 2250<br>Chicago, IL 60606 | Claim 000006, Payment 101.1% | | | 2,068.56 | 74,145.40 |
| | | | Claim        2,046.41 | 7100-000 | | | |
| | | | Interest          22.15 | 7990-000 | | | |
| 11/09/11 | 000107 | Barrick, Switzer Law Firm | Claim 000007, Payment 101.1% | | | 17,507.20 | 56,638.20 |

|  | | |
|---|---|---|
| Page Subtotals | 146,594.81 | 89,956.61 |

Ver: 16.06

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| | |
|---|---|
| Case No: | 09-73037 -MLB |
| Case Name: | RIMAS LODGE, INC. |
| Taxpayer ID No: | *******8729 |
| For Period Ending: | 04/09/12 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******3930  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | 6833 Stalter Drive - First Floor<br>Rockford, IL 61108 | Claim | 17,319.72 | 7100-000 | | | |
| | | | Interest | 187.48 | 7990-000 | | | |
| 11/09/11 | 000108 | Dr. Michael Lovda<br>24 Beechnut<br>South Barrington, IL 60010 | Claim 000008, Payment 101.1% | | | | 1,010.82 | 55,627.38 |
| | | | Claim | 1,000.00 | 7100-000 | | | |
| | | | Interest | 10.82 | 7990-000 | | | |
| 11/09/11 | 000109 | Sophie Alexeyuk<br>805 W. Wood Street<br>McHenry, IL 60051 | Claim 000009, Payment 101.1% | | | | 1,060.15 | 54,567.23 |
| | | | Claim | 1,048.80 | 7100-000 | | | |
| | | | Interest | 11.35 | 7990-000 | | | |
| 11/09/11 | 000110 | Kathleen Krippes<br>456 Buckthorn Court<br>Buffalo Grove, IL 60089 | Claim 000010, Payment 101.1% | | | | 1,010.82 | 53,556.41 |
| | | | Claim | 1,000.00 | 7100-000 | | | |
| | | | Interest | 10.82 | 7990-000 | | | |
| 11/09/11 | 000111 | Susan Morrow<br>801 N. Beverly<br>Arlington Heights, IL 60004 | Claim 000011, Payment 101.1% | | | | 505.42 | 53,050.99 |
| | | | Claim | 500.00 | 7200-000 | | | |
| | | | Interest | 5.42 | 7990-000 | | | |
| 11/09/11 | 000112 | Glen Harbut<br>4420 N Mulligan Ave<br>Chicago, IL 60630 | Claim 000012, Payment 101.1% | | | | 1,223.10 | 51,827.89 |
| | | | Claim | 1,210.00 | 7200-000 | | | |
| | | | Interest | 13.10 | 7990-000 | | | |

| | | | Page Subtotals | 0.00 | 4,810.31 |
|---|---|---|---|---|---|

Ver: 16.06

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| Case No: | 09-73037 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | RIMAS LODGE, INC. | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******3930  GENERAL CHECKING |
| Taxpayer ID No: | *******8729 | | |
| For Period Ending: | 04/09/12 | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/09/11 | 000113 | RIMAS LODGE, INC. | Surplus Funds | 8200-002 | | 51,827.89 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 146,594.81 | 146,594.81 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 146,594.81 | 0.00 | |
| | | Subtotal | | 0.00 | 146,594.81 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 51,827.89 | |
| | | Net | | 0.00 | 94,766.92 | |

Page Subtotals                 0.00              51,827.89

Ver: 16.06

FORM 2                                                                                                    Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-73037 -MLB | |
| Case Name: | RIMAS LODGE, INC. | |
| | | |
| Taxpayer ID No: | *******8729 | |
| For Period Ending: | 04/09/12 | |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******3911  GENERAL CHECKING |
| | |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |
| | |
| Total Allocation Receipts: | 1,200,000.00 |
| Total Allocation Disbursements: | 982,846.90 |
| Total Memo Allocation Net: | 217,153.10 |

| | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******1651 | 218,077.98 | 71,483.17 | 0.00 |
| GENERAL CHECKING - *******3930 | 0.00 | 94,766.92 | 0.00 |
| GENERAL CHECKING - *******3911 | 0.00 | 0.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 218,077.98 | 166,250.09 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                          0.00                    0.00